UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH ALLEN BOWMAN,

                Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C12-874-RSL

**ORDER ON EAJA FEES**

The Court, after careful consideration of the plaintiff's motion for Equal Access to Justice Act Fees ("EAJA") (Dkt. 27), the parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) The Court **GRANTS** plaintiff's motion for EAJA Fees (Dkt. 27) for **$7,702.34** in attorneys fees and **$27.77** in costs.

DATED this 8th day of October, 2013.

*[signature]*
ROBERT S. LASNIK
United States District Judge

ORDER ON EAJA FEES - 1